**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6747**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHARLES ELOYS JOHNSON, a/k/a Adam White,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:15-cr-00386-RMG-1)

Submitted:  February 27, 2024                    Decided:  March 1, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Eloys Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Eloys Johnson appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying Johnson's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (providing standard). Accordingly, we affirm the district court's order. *United States v. Johnson*, No. 2:15-cr-00386-RMG-1 (D.S.C. July 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*